**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Stewart Peters,                                     Civil No. 09-2230 (RHK/SRN)

        Plaintiff,                             **ORDER**

vs.

Randall Trok,

        Defendant.

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 22), **IT IS ORDERED** that the matter between Plaintiff Stewart Peters and Defendant Randall Trok is **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 19, 2010

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge